IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEVON MAURICE JOHNSON,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**M. ELIOT SPEARMAN,**<br><br>　　　　　　　　　　　Respondent. | Case No. 2:17-cv-1635 KJN P<br><br>**ORDER** |

　　Plaintiff is a state prisoner proceeding without counsel. On November 20, 2017, respondent filed a request for extension of time in which to file a response. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Respondent's request (ECF no. 11) is granted; and

　　2. Respondent shall file a response on or before December 22, 2017.

Dated: November 27, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john1635.eot